UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

JAMES WASHINGTON, )
          Petitioner, )
)
vs. ) No. 1:07-cv-381-SEB-WTL
)
COMMISSIONER OF THE INDIANA )
 DEPARTMENT OF CORRECTIONS, )
)
          Respondent. )

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that this cause of action is **dismissed without prejudice.**

Date: 03/28/2007

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

James Washington
DOC #904918
Pendleton Correctional Facility
P.O. Box 30
Pendleton, IN 46064