**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| JAMES WASHINGTON,               )  <br>                    Petitioner,    )  <br>                                                )  <br> vs.                                          )     No. 1:07-cv-381-SEB-WTL  <br>                                                )  <br> COMMISSIONER OF THE INDIANA )  <br>  DEPARTMENT OF CORRECTIONS, )  <br>                                                )  <br>                    Respondent.  ) | |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that this cause of action is **dismissed without prejudice.**

Date: 03/28/2007

*[signature]*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

James Washington
DOC #904918
Pendleton Correctional Facility
P.O. Box 30
Pendleton, IN 46064